IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 09-cv-01474-RPM-MJW

JAY HOLLAND, et al,

Plaintiff(s),

v.

STANDLEY AND ASSOCIATES, LLC,

Defendant(s).

MINUTE ORDER AMENDING SCHEDULING ORDER DEADLINES

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the *Plaintiff's Unopposed Motion to Modify Scheduling Order Dated August 21, 2009*, **DN 16**, filed with the Court on September 24, 2009, is **GRANTED** and the Scheduling Order shall be amended as follows:

1. The deadline for Joinder of Parties and Amendment of Pleadings is extended up to and including **November 30, 2009**;

2. The deadline for Fact Discovery Cut-off is extended up to and including **January 31, 2010.** The deadline for Expert Discovery Cut-off is extended up to and including **April 30, 2010**;

3. The deadline for submission of Dispositive Motions is extended up to and including **May 28, 2010**;

4. The party bearing the burden of persuasion on the issues for which expert opinion is to be offered shall designate the expert and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before **January 31, 2010**;

5. The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before **March 2, 2010;**

6. Any rebuttal opinions will be exchanged on or before March 15, 2010. All depositions shall be completed by **March 31, 2010;**

7. The Interrogatory Schedule shall be served by **December 28, 2009**;

       8.  The parties anticipate completing all requests for production of documents and Request for Admissions and shall be served by **December 28, 2009**;

       9.  A Settlement conference is set on **October 13, 2009 at 11:00 a.m.**, in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado;

       10.  Each party shall submit a Confidential Settlement Statement to the Magistrate Judge on or before **October 8, 2009**, outlining the facts and issues, as well as the strengths and weaknesses of their case; and,

       11.  The Final Pretrial Conference set on March 31, 2010, at 8:30 a.m., is VACATED and is now RESET on **June 30, 2010, at 8:30 a.m.**, in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The Proposed Final Pretrial Order shall be submitted to the Magistrate Judge on or before **June 24, 2010.**

Date:  September 30, 2009