IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 09-cv-01474-RPM-MJW

JAY HOLLAND, et al.,

Plaintiffs,

v.

STANDLEY AND ASSOCIATES, LLC,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Plaintiffs' Motion for Leave to File an Amended Complaint (Docket No. 20), to which no response was received, is granted, and the tendered First Amended Complaint and Jury Demand (Docket No. 20-3) is accepted for filing as of the date of this Minute Order.

Date: November 2, 2009