IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-01474-RPM-MJW

JAY HOLLAND, and
ALYSSA DANIELSON-HOLLAND,

Plaintiffs,

v.

STANDLEY and ASSOCIATES, LLC,

Defendant.

_____

**MINUTE ORDER GRANTING
STIPULATED MOTION TO AMEND SEPTEMBER 30 2009
SCHEDULING ORDER RE DEPOSITIONS
(DN 30)**

_____

Entered by Magistrate Judge Michael J. Watanabe


It is hereby ORDERED that the parties' **Stipulated Motion to Amend September 30 2009 Scheduling Order re Depositions, DN 30, filed with the Court on January 5, 2010,** is GRANTED.  The fact discovery cut-off will be extended up to and including March 1, 2010 for the purpose of allowing the parties to take necessary depositions consistent with the Federal Rules of Civil Procedure.


Date:  January 5, 2010

_____