IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 09-cv-01474-RPM-MJW

JAY HOLLAND, et al.,

Plaintiffs,

v.

STANDLEY AND ASSOCIATES, LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion to Compel Outstanding Discovery Responses and for Sanctions (docket no.33) is MOOT and therefore DENIED. Defendant has agreed to supplement discovery responses as requested in the subject motion (docket no. 33) in ten (10) days following receipt of the deposition transcripts. The parties are reminded that they must meet and confer before filing any further motions to compel discovery pursuant to D.C.COLO.LCivR 7.1 A.  I find that the parties did not fully comply with D.C.COLO.LCivR 7.1 A. before filing the subject motion (docket no. 33).  Moreover, I find that expenses should not be awarded to Plaintiff for the subject motion (docket no. 33) pursuant to Fed. R. Civ. P. 37(a)(5)(A)(I) and (iii).

Date:  February 22, 2010