IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01474-RPM-MJW

JAY HOLLAND and
ALYSSA DANIELSON-HOLLAND,

       Plaintiffs,

v.

STANDLEY AND ASSOCIATES, LLC,

       Defendant.
_____

## ORDER SETTING PRETRIAL CONFERENCE
_____

Pursuant to the Order Granting Judgment of Dismissal of All Claims Excepting 15 U.S.C. § 1692(d)(2), entered by this Court on March 24, 2011, it is

ORDERED that a pretrial conference is scheduled for **May 10, 2011, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **May 5, 2011.**  The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.

DATED: April 1st, 2011

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Judge