IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01474-RPM-MJW

ALYSSA DANIELSON-HOLLAND,

      Plaintiff,

v.

STANDLEY AND ASSOCIATES, LLC,

      Defendant.

_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the pretrial conference held May 10, 2011, it is

ORDERED that this matter is set for trial to jury on **July 18, 2011, at 8:30 a.m.,** in

Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street,

Denver, Colorado. Trial procedures may be found at

**www.cod.uscourts.gov/judges_frame.htm**.

      DATED:   May 11th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge