IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01474-RPM-MJW

ALYSSA DANIELSON-HOLLAND,

    Plaintiff,

v.

STANDLEY AND ASSOCIATES, LLC.,

    Defendant.

---

**STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

    IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on July 18, 2011, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

    DATED at Denver, Colorado this __19th__ day of July, 2011.

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge
United States District Court

APPROVED AS TO FORM:

_____       _____
ATTORNEY FOR PLAINTIFF      ATTORNEY FOR DEFENDANT