IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09 CV 1474 RPM-MJW

JAY HOLLAND and
ALYSSA DANIELSON-HOLLAND

    Plaintiffs,

v.

STANDLEY AND ASSOCIATES, LLC

    Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, JAY HOLLAND and ALYSSA DANIELSON-HOLLAND, in the above named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit, from the District Court's December 21, 2011 Order awarding attorneys' fees and costs to Defendant, STANDLEY AND ASSOCIATES, LLC.  (Document 102, attached hereto as Exhibit "A").

    Dated:  January 19, 2012

    Respectfully Submitted,
    s/ Craig J. Ehrlich
    Craig J. Ehrlich
    5025 N. Central #602
    Phoenix, AZ 85012
    (888) 595-9111 ext. 250
    (866) 565-1327 facsimile
    email: cehrlich@attorneysforconsumers.com

2

## **CERTIFICATE OF SERVICE**

       I hereby certify that on January 19, 2012, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following: David C. Japha, Esq., The Law Offices of David C. Japha, P.C., 201 Steele Street, Ste. 201, Denver, CO 80206, Djapha4064@aol.com.

                                                                        s/ Craig J. Ehrlich
                                                                         Craig J. Ehrlich