IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01474-RPM-MJW

ALYSSA DANIELSON-HOLLAND,

    Plaintiff,

v.

STANDLEY AND ASSOCIATES, LLC,

    Defendant.

_____

### ORDER FOR STAY PENDING APPEAL
_____

    Plaintiffs filed Motion to Stay Enforcement of Judgment [107] on January 27, 2012.  Defendant has not responded and it is now

    ORDERED that the motion to stay pending appeal is granted.

    DATED:   April 4th, 2012

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____

                                    Richard P. Matsch, Senior District Judge